## 55804. SUMNER v. McCRORY CORPORATION.

SMITH, Judge.

"On a motion for summary judgment the burden of establishing the nonexistence of any genuine issue of material fact is upon the movants, the defendants in this case, and the evidence must be construed most strongly

against them." *Marsh v. Berens,* 237 Ga. 135 (227 SE2d 36)(1976). Thus construed, the evidence in the record could support a finding that the defendant negligently left a box in the aisle of its retail store and that the plaintiff, while exercising ordinary care for her own safety under the circumstances, fell over it, injuring herself. The defendant therefore was not entitled to summary judgment. See *Hill v. Economy Drug Store,* 143 Ga. App. 628 (239 SE2d 237) (1977); and *McFarland v. Shoney's of Savannah South, Inc.,* 144 Ga. App. 276 (241 SE2d 55) (1977).

*Judgment reversed. Deen, P. J., and Banke, J., concur.*

ARGUED MAY 1, 1978 — DECIDED JULY 3, 1978.

*Galin & Friedman, Stanley H. Friedman,* for appellant.
*Bouhan, Williams & Levy, Frank W. Seiler,* for appellee.